# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### Case No. 5:04CV143

|  |  |
|---|---|
| **NAPCO, INC.** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) |
|  | ) |
| **SUZE ORMAN, HAY HOUSE, INC.** and | ) |
| **QVC, INC.** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |
|  | ) |

## ORDER

Pursuant to plaintiff, Napco, Inc.'s, Voluntary Dismissal Without Prejudice filed in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that plaintiff's claims are hereby dismissed <u>without</u> <u>prejudice</u> against the defendant, Hay House, Inc.  The parties shall bear their own costs

**Signed: November 10, 2005**

David C. Keesler
United States Magistrate Judge