# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| NAPCO, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUZE ORMAN, HAY HOUSE, INC. and ) <br> QVC, INC. ) <br> ) <br> Defendant. ) | Case No. 5:04 CV 143 |

## ORDER

Pursuant to plaintiff, Napco, Inc.'s, Voluntary Dismissal with Prejudice filed in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that plaintiff's claims are hereby dismissed <u>with prejudice</u> against the defendants, Suze Orman and QVC, Inc. The parties shall bear their own costs.

**Signed: December 8, 2005**

David C. Keesler
United States Magistrate Judge